PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JAVIER M. LUA

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAVIER M. LUA,<br><br>　　　　Defendant | CASE NO. CRF 04-5327 AWI<br><br>REQUEST FOR RECONVEYANCE AND ORDER<br><br>HONORABLE ANTHONY W. ISHII<br>UNITED STATES DISTRICT JUDGE |

　　I, PRECILIANO MARTINEZ, declare as follows:
1. On June 2, 2005, JULIO C. CASIQUE and STEPHANIE CASIQUE, husband and wife, recorded an executed Deed of Trust (Short Form) Merced County Instrument No. 041362 for the property commonly known as:
　　9124 Kraft Road, Planada, Ca. 95365 for bail purposes in the name of U.S. District Court clerk for defendant, JAVIER M. LUA,

2. JULIO C. CASIQUE and STEPHANIE CASIQUE are currently experiencing financial difficulties that require the sale or refinancing of the aforementioned property.
3. The United States Government has no objection to releasing the above described property as surety for Defendant, JAVIER M. LUA.
4. 　Wherefore, request is hereby made that the following property be reconveyed as follows:

　　JULIO C. CASIQUE and STEPHANIE CASIQUE, husband and wife, the property commonly known as:
　　9124 Kraft Road, Planada, Ca 95365

Dated: 9/7/06　　　　　　　　　　　　　　　Law office of

1

/S/ PRECILIANO MARTINEZ
PRECILIANO MARTINEZ
Attorney for Defendant

# O R D E R

IT IS HEREBY ORDERED that the following properties be reconveyed:
JULIO C. CASIQUE and STEPHANIE CASIQUE, husband and wife, the property commonly known as:
9124 Kraft Road, Planada, Ca 95365

IT IS SO ORDERED.

**Dated:   October 11, 2006**          /s/ Anthony W. Ishii

0m8i78                                 UNITED STATES DISTRICT JUDGE

2