PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JAVIER M. LUA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CRF 04-5327 AWI |
| Plaintiff, ) | REQUEST FOR RECONVEYANCE AND ORDER |
| vs. ) | |
| JAVIER M. LUA, ) | HONORABLE ANTHONY W. ISHII UNITED STATES DISTRICT JUDGE |
| Defendant ) | |

I, PRECILIANO MARTINEZ, declare as follows:

1. On June 8, 2005, Javier M. and Maria Lau, husband and wife, recorded an executed Deed of Trust (Short Form) Merced County Instrument No. 043220 for the property commonly known as:
   3470 San Gregorio St., Merced, Ca. 95348 for bail purposes in the name of U.S. District Court clerk for defendant, JAVIER M. LUA,

2. Javier Lua was convicted by a jury on April 11, 2007 and is requesting that the above-referred property be released as surety for defendant Lua who is now in federal custody.

3. Wherefore, request is hereby made that the following property be reconveyed as follows:

   JAVIER LUA and MARIA LUA, husband and wife, the property commonly known as: Merced County Instrument No. 043220

3470 San Gregorio St., Merced, Ca. 95348 for bail purposes in the name of U.S. District Court clerk for defendant, JAVIER M. LUA,

Dated: 4/18/07                    Law office of

                                                       /S/ PRECILIANO MARTINEZ
                                                       PRECILIANO MARTINEZ
                                                       Attorney for Defendant

# O R D E R

IT IS HEREBY ORDERED that the following properties be reconveyed:

Jaiver M. Lua and Maria Lua, husband and wife, the property commonly known as:
Merced County Instrument No. 043220
3470 San Gregorio St., Merced, Ca. 95348

IT IS SO ORDERED.

Dated:   April 21, 2007               /s/ Anthony W. Ishii
                                UNITED STATES DISTRICT JUDGE