PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JAVIER LUA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JAVIER LUA,<br><br>  Defendant | CASE NO. 1:04-cr-5327-AWI<br><br>STIPULATION AND ORDER VACATING DATE, AND CONTINUING CASE<br><br>DATE:  AUGUST 6, 2007<br>TIME:   9:00 A.M.<br>JUDGE: HON. ANTHONY W. ISHII |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Laurel J. Montoya, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant, Javier Lua, that the Sentencing date scheduled for August 6, 2007, be vacated and the Sentencing be continued to this court's calendar on September 17, 2007 at 9:00 a.m. This continuance is requested due to the fact that Mr. Preciliano Martinez has a scheduling conflict on this date with another federal matter (USA v. Jacobo Fernandez, Case No.: 07-CR-00058-FCD).

   The court is advised that counsel have conferred about this request, that they have agreed to the September 17, 2007 date and that Ms. Montoya has authorized Preciliano Martinez to sign this stipulation on her behalf.
///
///
**IT IS SO STIPULATED**
DATED: July 31, 2007                                    /s/ Preciliano Martinez
                                                                          PRECILIANO MARTINEZ
                                                                          Attorney for Defendant

Javier Lua

Dated: July 31, 2007                                 /s/Laurel J. Montoya
                                                     LAUREL J. MONTOYA
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

**Dated:   August 1, 2007**                          **/s/ Anthony W. Ishii**
                                                     UNITED STATES DISTRICT JUDGE