PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JAVIER LUA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>JAVIER LUA,<br><br>             Defendant | CASE NO. 1:04-cr-5327-AWI<br><br>STIPULATION AND ORDER VACATING DATE, AND CONTINUING CASE<br><br>DATE:  SEPTEMBER 17, 2007<br>TIME:   9:00 A.M.<br>JUDGE: HON. ANTHONY W. ISHII |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Laurel J. Montoya, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant, Javier Lua, that the Sentencing date scheduled for September 17, 2007, be vacated and the Sentencing be continued to this court's calendar on November 26, 2007 at 9:00 a.m. This continuance is requested due to the fact that Mr. Preciliano Martinez has a trial starting in state court on this date (People vs. Belisario Sanchez, Case No.:  1224961).

   The court is advised that counsel have conferred about this request, that they have agreed to the November 26, 2007 date and that Ms. Montoya has  authorized Preciliano Martinez to sign this stipulation on her behalf.

///

///

1

**IT IS SO STIPULATED**

| | |
|---|---|
| DATED: September 13, 2007 | /s/ Preciliano Martinez |
| | PRECILIANO MARTINEZ |
| | Attorney for Defendant |
| | Javier Lua |
| Dated: September 13, 2007 | /s/Laurel J. Montoya |
| | LAUREL J. MONTOYA |
| | Assistant United States Attorney |
| | Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

**Dated:   September 14, 2007**          /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE