PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th St, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MANZO LUA, ) | CASE NO. 1:12-cv-01342-AWI |
| Petitioner, ) | 1:04-cr-05327-AWI |
| vs. ) | ORDER FOR EXTENSION OF TIME OF COUNSEL'S DECLARATION TO PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. §2255 |
| UNITED STATES OF AMERICA ) | |
| Respondent. ) | |

    Trial Counsel Preciliano Martinez at this time is requesting an extension of time to file the declaration that was ordered and signed by Judge Ishii on April 22, 2014, due to the fact that counsel was not included in the service list on the order. Therefore, trial counsel did not receive notification and are requesting a 20 day extension.

    It is so Ordered by the Court that Trial Counsel's declaration be filed 20 days from the date of this order.

IT IS SO ORDERED.

Dated:  May 14, 2014                              _____
                                                  SENIOR DISTRICT JUDGE