# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MANZO LUA,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | 1:12-cv-01342-AWI<br>1:04-cr-05327-AWI<br><br>**ORDER EXTENDING TIME FOR PETITIONER TO FILE A RESPONSE**<br><br>(Doc. 700) |

   On April 22, 2014, this Court ordered Petitioner to file a factually detailed response along with any documentation supporting his entitlement to equitable tolling. Petitioner was given forty (40) days to comply with the Court's order and was cautioned that his failure to do so would result in dismissal of his claim.

   On June 2, 2014, Petitioner moved this Court for an extension of time to file his response. Petitioner has indicated that he is gathering supporting evidence for submission to the Court. Petitioner has made two requests in the alternative: that Petitioner be granted 1) a thirty (30) day extension of time, or 2) an indefinite extension requiring Petitioner to submit the records that he receives from his wife and prison counselor within five (5) days of his receipt of them. The Court will grant petitioner's first request.

1  It is hereby ORDERED that Petitioner must file a factually detailed response along with
2  any documentation supporting his entitlement to equitable tolling, as described in this Court's
3  April 22, 2014, order. Petitioner's response must be filed within thirty (30) days of this order.
4  Petitioner's failure to do so will result in dismissal. An additional extension of time will only be
5  granted upon a showing of good cause, reflecting the steps that Petitioner has taken to secure the
6  evidence he intends to submit to the Court.

IT IS SO ORDERED.

Dated:   June 6, 2014                                   _____
                                                        SENIOR  DISTRICT  JUDGE