**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAVIER MANZO LUA, | 1:12-cv-1342-AWI<br>1:04-cr-05327-AWI |
| Petitioner, | |
| v. | **ORDER DISMISSING PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

In an order by this Court dated April 22, 2014, Petitioner was required to "file a factually detailed response along with any documentation supporting his entitlement to equitable tolling," within 40 days of the date of that order. Doc. 696 at p. 10. Petitioner was cautioned that his "failure to comply with th[e] order or failure to show entitlement to equitable tolling [would] result in dismissal." Doc. 696 at 10. This Court granted Petitioner a thirty (30) day extension of time, again informing Petitioner that he must respond with a "factually detailed response along with any documentation supporting his entitlement to equitable tolling." Doc. 701 at 2. This Court indicated to Petitioner that "an additional extension of time [would] only be granted upon a showing of good cause, reflecting the steps that Petitioner ha[d] taken to secure the evidence that he intend[ed] to submit to the Court." Doc. 701 at 2.

1    Petitioner filed an "affidavit in support of his 28 U.S.C. § 2255 & rebuttal of his

2  counsel's declaration." Doc. 702.[1] Petitioner's affidavit addresses his substantive claim of

3  ineffective assistance of counsel. Petitioner does not address his entitlement to equitable tolling,

4  as required. Accordingly, Petitioner's motion to vacate, set aside, or correct sentence is

5  DISMISSED as per this Court's April 22, 2014, order.

6

7  IT IS SO ORDERED.

8  Dated:   July 17, 2014                                    _____
                                                               SENIOR  DISTRICT  JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  _____
    [1] Petitioner's affidavit was docketed on July 14, 2014, but it is dated July 3, 2014. The Court considers Petitioner's
28  affidavit to be timely.

2